## LANSING *against* The Executrix of LANSING.

Where an executor or administrator pleads a false plea, the judgment is *de bonis testatoris, si non de bonis propriis,* &c. and, under the statute, if sufficient goods and chattels cannot be found, then of the *lands and tenements,* &c. And where the judgment, in such a case, was entered, *de bonis* only; it was allowed, after return of the *fi. fa.,* to be amended, so that the execution might be against the lands and tenements also.

THIS was an action of *assumpsit.* The defendant pleaded *ne unques executrix,* &c. on which a verdict was found against her, and a judgment was entered thereon for the plaintiff, for 260 dollars and 45 cents, to be levied of the goods and chattels of the testator, if so much remained in the hands of the defendant, to be administered; if not sufficient, &c. then to be levied of the proper goods and chattels of the defendant. A *fi. fa.* was issued according to the terms of the judgment, on which the sheriff returned in *May* last, that he had made 50 dollars and 69 cents, and *nulla bona* as to the residue.

*Chever,* for the plaintiff, moved for leave to amend the record and execution, by adding, in the judgment, the words "lands and tenements." He said, that the omission in the record was considered a clerical mistake, and amendable. (1 *Saund.* 336. note 10. 5 *Burr.* 2730.)

*J. Van Rensselaer,* contra, said, that the judgment in this

*testatoris, si non, &c. de bonis propriis,* it ALBANY,
did not ⬛⬛ ⬛nds and tenements of the executrix. If January, 1821.
the defendant plead *ne unques executor,* &c. and it is found
against him, the judgment is, as in this case, *de bonis testa-*
*toris, et si non, de bonis propriis.* (*Toller's Law of Execu-*
*tors,* 463, 464. 1 *Saund.* 336. *a.* 336. b. note.) But this is
a motion to make it a judgment of the proper lands and te-
nements, as well as of the proper goods and chattels of the
executrix.

LANSING
v.
LANSING.

*Per Curiam.* It is settled, that where an executor or ad-
ministrator pleads a false plea, the judgment is *de bonis tes-*
*tatoris, si non, de bonis propriis,* &c. The sheriff has re-
turned, that he has made of the goods, &c. fifty dollars, and
*nulla bona* as to the residue. This is, undoubtedly, accord-
ing to the *English* practice. But our statute (sess. 36. ch.
50. s. 7. 1 *N. R. L.* 509.) subjects the *lands and tenements,*
as well as the goods and chattels of the debtor, to execu-
tion. We, therefore, grant the motion to amend, on pay-
ment of costs, so as to command the sheriff to make the
debt of the goods and chattels of the executrix, *si non,* &c.
*de bonis propriis,* &c. and if sufficient goods and chattels of
the executrix cannot be found, &c. that, then, he cause
the debt to be made of the lands and tenements of the
executrix; saving, however, the rights of any subsequent
incumbrancer.

Motion granted.